UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    94-03033-01/RV

COURTNEY BOYD
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned verdicts of not guilty as to Counts I and II, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Counts I and II as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 30th day of August, 1994.

ROGER VINSON
United States District Judge

ROBERT A. MOSSING, CLERK

By: _____
      Deputy Clerk

ENTERED ON DOCKET 8/31/94 BY BM
[Rules 58 & 79(a) FRCP or 32(b)(1) & 55 FRCRP]

FILED